IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN GARDLER,** *Plaintiffs*, | : : : : : : | **CIVIL ACTION** |
| v. | : : | |
| **WAL-MART STORES, INC., et al.,** *Defendants.* | : : : | **NO. 18-4689** |

## ORDER

**AND NOW**, this 11th day of June, 2019, upon consideration of Defendants' Notice of Removal and exhibits thereto (Doc. Nos. 1, 7), Defendants' Motion to Dismiss (Doc. No. 6), Plaintiff's Response thereto (Doc. No. 8), Plaintiff's Motion to Remand (Doc. No. 9), Defendants' Response thereto (Doc. No. 13), the parties' supplemental briefs on the Motion to Remand (Doc. Nos. 16, 17), and the oral argument held on February 7, 2019, it is **ORDERED** that, as set forth in the Court's June 11, 2019 Memorandum:

1) The Plaintiff's Motion to Remand (Doc. No. 9) is **GRANTED,** and
2) The Defendants' Motion to Dismiss (Doc. No. 6) is **DEEMED MOOT**.

The case is **REMANDED** to the Court of Common Pleas of Philadelphia County and the Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE